UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
                                           :
BANCA ARNER S.A. and                       :
BRANTFORD HOLDING S.A.,                    :
                                           :
        Plaintiffs,                        :    15 Civ. 1508
                                           :
    v.                                     :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
        Defendant.                         :
                                           :
----------------------------------------- X

## REPLY MEMORANDUM OF LAW IN SUPPORT OF THE MOTION BY BANCA ARNER S.A. AND BRANTFORD HOLDING S.A. FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs' Banca Arner S.A. and Brantford Holding S.A. ("Plaintiffs") are entitled to partial summary judgment as to Argentina's violations of the Pari Passu Clause.  Plaintiffs join in the Reply Memorandum of Law in Support of the Motion by NML Capital, Ltd. for Partial Summary Judgment filed on April 7, 2015 in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 8601 (TPG) (the "Memorandum of Law") (except for Section III of the Argument which is inapplicable to this action), attached hereto as Exhibit A, and the corresponding Declaration of Robert A. Cohen, dated April 7, 2015, attached hereto as Exhibit B (without exhibits).

## CONCLUSION

For the reasons expressed in the Memorandum of Law, the Court should grant Plaintiffs'

- 2 -

motion for partial summary judgment as to Argentina's violations of the Pari Passu Clause. The remedy for Argentina's violations should be determined in subsequent proceedings.

Dated:  April 9, 2015
        New York, New York

                              McDERMOTT WILL & EMERY LLP

                              By:     /s/ Banks Brown
                                   Banks Brown
                                   Audrey Lu
                                   340 Madison Ave.
                                   New York, NY 10173
                                   (212) 547-5400

                              *Attorneys for Plaintiffs Banca Arner S.A. and Brantford Holding S.A.*

DM_US 60124025-1.072865.0011